# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ROOR INTERNATIONAL BV and
SREAM, INC.,

      Plaintiffs,

v.                                       Case No:   6:19-cv-319-PGB-LHP

ECNATURE, LLC and IRINA
ORLOV,

      Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **MOTION FOR WRIT OF GARNISHMENT**  (Doc. No. 29)
>
> **FILED:**    November 5, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiffs seek a writ of garnishment related to the final judgment entered in this matter on September 25, 2019.   Doc. No. 29; *see* Doc. Nos. 24–26.   On review, however, the motion will be denied without prejudice for failure to comply with

the Local Rules, specifically Local Rule 1.08 and Local Rule 3.01(a).   Any renewed motion must fully comply with all applicable Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on November 7, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties