# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ROOR INTERNATIONAL BV and
SREAM, INC.,

        Plaintiffs,

v.                                         Case No:   6:19-cv-319-PGB-LHP

ECNATURE, LLC and IRINA
ORLOV,

        Defendants

_____

## ORDER

    This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **AMENDED MOTION FOR WRIT OF GARNISHMENT (Doc. No. 34)** |
| **FILED:** | **January 6, 2025** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

    On September 25, 2019, a final default judgment was entered in favor of Plaintiffs and against Defendants in the total amount of $15,583.50.   Doc. No. 26; *see also* Doc. Nos. 23–25.   Plaintiffs now seek a writ of garnishment to be issued

against garnishee Truist Bank, as it relates to Defendant Irina Orlov.   Doc. Nos. 34, 34-1.   Upon review, the motion (Doc. No. 34) is **GRANTED**, and the Clerk of Court is **DIRECTED** to issue the proposed writ (Doc. No. 34-1).   *See* Fed. R. Civ. P. 69(a); Fla. Stat. §§ 77.01, 77.03, 77.04, 77.041.

DONE and **ORDERED** in Orlando, Florida on January 7, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties