**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROOR INTERNATIONAL BV and
SREAM, INC.,

        Plaintiffs,

v.                               Case No:   6:19-cv-319-PGB-LHP

ECNATURE, LLC and IRINA
ORLOV,

        Defendants

---

**ORDER**

Before the Court is Plaintiffs' Notice of Voluntary Dismissal with Prejudice Against Garnishee Truist Bank, by which Plaintiffs voluntarily dismiss the writ of garnishment issued against Truist Bank. Doc. No. 41; *see also* Doc. No. 36. Upon consideration, and pursuant to Federal Rule of Civil Procedure 69 and attendant Florida law, the Court finds Plaintiff's notice of voluntary dismissal self-executing. *See Bazarewski v. Vail Corp.*, No. 6:16-mc-22-Orl-40KRS, Doc. No. 22 (M.D. Fla. Jan. 3, 2017) ("Pursuant to Federal Rule of Civil Procedure 69, the procedure on execution—and in proceedings supplementary to and in aid of judgment or execution—must accord with the procedure of the state where the court is located. In turn, under Florida Rule of Civil Procedure 1.420(a)(1), Vail Corporation's notice

of voluntary dismissal is self-executing." (citing *Pino v. Bank of New York*, 121 So. 3d 23, 31 (Fla. 2013))).

Accordingly, the Court deems the Writ of Garnishment issued to Truist Bank (Doc. No. 36) to be withdrawn.  *See id.*  The **Clerk of Court** is **DIRECTED** to terminate Truist Bank as a Garnishee in this action.

**DONE** and **ORDERED** in Orlando, Florida on February 26, 2025.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties